| | | | |
|---|---|---|---|
| AUSA: | Caitlin Casey | Telephone: | (313) 226-9100 |
| Special Agent: | Candace Booth | Telephone: | (734) 887-0060 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
James Edward Johnson

Case: 2:21−mj−30101
Assigned To : Unassigned
Assign. Date : 3/1/2021
CMP: USA v JAMES JOHNSON (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 20, 2021__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Felon in possession of a firearm |
| 18 USC § 922(k) | Possession of a firearm with an altered or obliterated serial number |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Candace A. Booth, Special Agent (ATF)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 1, 2021

_Judge's signature_

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
_Printed name and title_

## **AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Candace A. Booth, being first duly sworn, hereby depose and state as follows:

### I.  INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), currently assigned to the Ann Arbor, Michigan, Field Office. I have been an ATF Special Agent since 2009. I have had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. Before working for the ATF, I was a US Border Patrol Agent. I have participated in numerous state and federal investigations including narcotics trafficking, illegal firearms possession, firearms trafficking, shooting investigations, as well as other types of criminal investigations. Because of my involvement in these and other investigations, I have sworn to a number of federal search and arrest warrants.

2. This affidavit is in support of a complaint and arrest warrant for James Edward JOHNSON (DOB \*\*/\*\*/1988). Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation.

1

3. ATF is currently conducting a criminal investigation concerning James Edward JOHNSON for violations of 18 U.S.C. § 922(g)(1) (possession of a firearm by a convicted felon), and 18 U.S.C. § 922(k) (possession of a firearm with altered or obliterated serial number).

4. The facts in this affidavit are based on my personal knowledge and observations, my review of law enforcement reports, communications with others who have personal knowledge of the events and circumstances described in this affidavit, and information gained through my training and experience.

## II.   SUMMARY OF INVESTIGATION

5. On February 20, 2021, Washtenaw County Sheriff Office (WCSO) Deputy Phillips was assigned to road patrol in Superior Township, Michigan. Deputy Phillips was in a fully marked patrol vehicle, wearing a department-approved Class B uniform which clearly identified him as the police.

6. On February 20, 2021, Deputy Phillips observed a white Chevrolet Cruze traveling above the posted speed limit southbound on MacArthur Blvd just south of Heather Road. When Deputy Phillips turned his patrol vehicle around to catch up to the Chevrolet Cruze, the vehicle appeared to accelerate and quickly turned east onto Stamford Road toward the Sycamore Meadows Apartment Complex.

7.     Deputy Phillips continued to pursue the vehicle and activated his overhead lights. Upon approach, Deputy Phillips observed the driver, later identified as JOHNSON, exit the vehicle and run toward a residence located at 1*** Stamford Court. Deputy Phillips exited his police vehicle, loudly announced himself as a Sheriff's Deputy, and instructed JOHNSON to walk toward him. Ignoring Deputy Phillips' commands, JOHNSON turned and ran northbound from 1*** Stamford Court to the north side of the parking lot.

8.     There, JOHNSON ran around the first set of apartment buildings within the complex and turned southbound, running back to the white Chevrolet Cruze. When JOHNSON returned to the area of the Chevrolet Cruze, Deputy Phillips observed JOHNSON toss a black bag toward the driver's side of the car where a black female was standing outside. Deputy Phillips advised the female not to touch the bag as he continued past her, chasing JOHNSON.

9.     Deputy Phillips continued to give loud verbal commands to stop, but JOHNSON continued to ignore the officer's commands. When two additional marked police patrol vehicles arrived to assist, JOHNSON stopped running and was subsequently placed in custody.

10.    WCSO Deputies searched the area outside the Chevrolet Cruze and discovered that the female passenger and black bag that JOHNSON had tossed during his flight were gone. However, outside the vehicle, beneath the front driver's

side wheel, WCSO Deputies observed and recovered a black handgun, identified as a Walther .22 caliber pistol. The serial number had been obliterated. The firearm was loaded with a full pistol magazine, and there was a bullet in the chamber.

11.   WCSO Deputies obtained and reviewed surveillance video from Sycamore Meadows Apartment Complex which captured the incident. I also obtained and reviewed the surveillance video, body worn camera, and squad car video, capturing this incident.

12.   Upon review of the video, I observed a white sedan entering the complex and parking near 1\*\*\* Stamford Court. The suspect can be seen exiting the driver side of the vehicle as Deputy Phillips arrived with his activated emergency lights. The suspect attempted to enter the residence at 1\*\*\* Stamford Court but fled as Deputy Phillips began to pursue him. The video captures the suspect run toward a building in the apartment complex as Deputy Phillips follows. While Deputy Phillips was chasing the suspect, a female passenger exited the vehicle and went to the driver's side of the vehicle. At this point, Deputy Phillips and the suspect returned to the area near the vehicle, and the suspect can be seen tossing a dark item (which Deputy Phillips identified as a black bag) toward the female passenger. As the suspect continued to run with Deputy Phillips in pursuit, the female passenger is captured picking up the black bag and entering the residence of 1\*\*\* Stamford Court with the bag.

13. WCSO Deputies made contact with the female passenger at 1*** Stamford Court. Contact was made with the female passenger within 30 minutes of her entering the residence and after deputies had reviewed the surveillance footage which revealed she had retrieving the bag thrown during JOHNSON's flight. The deputies inquired about the location of the black bag, and female passenger eventually provided the black bag to Deputy Gombos. Inside the bag, officers located a loaded Taurus, model PT145, .45 caliber pistol and ammunition. The female passenger denied knowledge of the weapon.

14. During this investigation, I conducted a criminal history check of James Edward JOHNSON. This data showed that JOHNSON had been convicted, and knew he had been convicted, in the state of Michigan, of the following felony offenses:

    a. 2008- Felony Weapons- CCW
    b. 2010- Felony Police Officer-Assault/Resist/Obstruct
    c. 2011- Felony Weapons-Felony Firearms
    d. 2011- Felony Unarmed Robbery
    e. 2020- Felony Controlled Substance- Possess
    f. 2020- Felony Weapons- Firearm Possession by a Felon

15. I spoke with ATF Special Agent (SA) Michael Bolf who is a Firearms Interstate Nexus expert. SA Bolf stated that from the information I provided him, and based on his training and experience, the above described firearms were

manufactured outside the state of Michigan, and therefore traveled in or affected interstate or foreign commerce. The firearms are "firearms" as defined in 18 U.S.C. § 921.

### III.   CONCLUSION

16.   Based upon the above information, probable cause exists that James Edward JOHNSON, on February 20, 2021, committed the offenses of felon in possession of a firearm and possession of a firearm with an altered or obliterated serial number in violations of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 922(k) respectively. This violation occurred in the Eastern District of Michigan.

Respectfully submitted,

Candace A. Booth, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated:   March 1, 2021